# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

John Joseph Waters, Jr.,

       Plaintiff/Counter-Defendant,          Civ. No. 12-648 (RHK/LIB)
                                                       **ORDER**

v.

The Cafesjian Family Foundation, Inc., *et al.*,

       Defendants/Counter-Plaintiff.

     The Magistrate Judge having issued a Report and Recommendation (Doc. No. 34) that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 2) be denied, and no Objections to the Report and Recommendation having been timely filed, **IT IS ORDERED** that the Report and Recommendation is **ADOPTED** in its entirety and Plaintiff's Motion for Temporary Restraining Order (Doc. No. 2) is **DENIED**.

Dated: July 16, 2012                          s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge